IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

      v.                                  Case No. 14-cv-10-wmc

JENNIFER DIGMAN, et al.,

                Defendants.

**ENTRY OF DEFAULT**

Plaintiff United States of America requests that the Clerk of Court enter default, pursuant to Fed. R. Civ. P. 55(a), against the following Defendants:

    Benton Feed Farm & Supplies, LLC
    J. Gile Dairy Equipment, Inc.
    Spillane Tower Motel, LLC
    Reddy Ag Service
    Mercy Medical Center
    Dickeyville Feed, LLC
    Kowalski-Kieler, Inc.
    Dave Bauhaus Plumbing, Heating, & Pump Service, Inc.
    New Horizons Supply Cooperative
    Premier Cooperative
    LVNV Funding, LLC
    Discover Bank
    Murray's Dairy Farm & Refrigeration, Inc.
    Allegiant Oil, LLC
    Dr. Valerie B. Peckosh

It appearing from the record that said Defendants have failed to appear, plead, or otherwise defend, the default against said Defendants is hereby entered pursuant to Fed. R. Civ. P. 55(a).

Dated this __22nd__ day of May, 2014.

                                                                                        _s/_____
                                                                                        PETER OPPENEER
                                                                                        Clerk of Court
                                                                                        United States District Court
                                                                                        Western District of Wisconsin